UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEITH ADAM LORD, #476505,

        Petitioner,

v.                                                Case Number 06-13642-BC
                                                 Honorable Thomas L. Ludington

BLAINE LAFLER,

        Respondent.
_____ /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
## AND RECOMMENDATION AND DENYING PETITIONER'S APPLICATION
## FOR A WRIT OF HABEAS CORPUS.

This matter is before the Court on a report and recommendation issued by Magistrate Judge Paul J. Komives on September 27, 2007. The magistrate judge recommended that the Court dismiss Petitioner Keith Adam Lord's case because the state courts' resolution of petitioner's claims did not result in a decision which was contrary to, or which involved an unreasonable application of, clearly established federal law. Petitioner has filed no objections to the magistrate judge's report and recommendation. The absence of any objections to the report and recommendation from Plaintiff constitutes a waiver of any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt #26] is **ADOPTED**.

It is further **ORDERED** that Petitioner's petition for a writ of habeas corpus is **DENIED**.

                                                   s/Thomas L. Ludington
                                                 THOMAS L. LUDINGTON
                                                 United States District Judge

Dated: October 30, 2007

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 30, 2007.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS